**1:25-cr-00105**
**Judge Robert W. Gettleman**
**Magistrate Judge Gabriel A. Fuentes**
**Random/Cat. 2**



**FILED**
2/27/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25 CR 105 |
| v. | Violation: Title 18, United States Code, Section 933(a)(3) |
| OSCAR GIL-IZQUIERDO | |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about February 20, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

OSCAR GIL-IZQUIERDO,

defendant herein, did knowingly attempt to transfer and dispose of a firearm, namely, a Radical Firearms, Model RF-15, Multi-Caliber, AR-pistol, bearing serial number 23-010265, to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a);

In violation of Title 18, United States Code, Section 933(a)(3).

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY